UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CEDRIC BISHOP, on behalf of himself and
all other persons similarly situated,

                            Plaintiff,

            v.

OASIS SCIENTIFIC, INC.,

                            Defendant.

25-CV-7134 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

Plaintiff filed the Complaint in this case on August 28, 2025. Dkt. No. 1. On November 9, 2025, the Court issued an order requiring the parties to submit a joint letter within fifteen (15) days of service of the complaint, indicating whether the parties seek (1) referral of this case to mediation or a magistrate judge (and indicate a preference between the two options), or (2) scheduling an initial status conference in the matter. Dkt. No. 5. Plaintiff filed an affidavit of service on the docket on November 17, 2025, indicating that Defendant had been served, Dkt. No. 7, but Defendant has yet to appear, answer, or otherwise respond to the Complaint. Defendant shall do by May 1, 2026. If Defendant fails to do so, and Plaintiff intends to move for default judgment, he shall do so by June 1, 2026. Plaintiff is ordered to serve this order on Defendant and file proof of service on the docket.

SO ORDERED.

Dated:     April 8, 2026
           New York, New York

Ronnie Abrams
United States District Judge