UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CEDRIC BISHOP, ON BEHALF OF HIMSELF AND ALL OTHER PERSONS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>OASIS SCIENTIFIC, INC.,<br><br>Defendant. | No.: 1:25-cv-7134<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Plaintiff(s), CEDRIC BISHOP, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above-entitled action without prejudice and without fees and costs against Defendant, OASIS SCIENTIFIC, INC.

Dated: New York, New York
April 9, 2026

**GOTTLIEB & ASSOCIATES PLLC**

/s/ Michael A. LaBollita
Michael A. LaBollita, Esq. (ML-9985)
Jeffrey M. Gottlieb, Esq. (JG-7905)
150 East 18th Street, Suite PHR
New York, New York 10003
(212) 228-9795
*Attorneys for Plaintiffs*

SO ORDERED:

______________________________
United States District Court Judge